**2000–0840. Disciplinary Counsel v. Griffith.**
IT IS ORDERED by this court, sua sponte, that Martin S. Griffith, Attorney Registration No. 0064443, last known address in Columbus, Ohio, is found in contempt for failure to comply with this

court's order of November 15, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before December 15, 2000.